Prepared by State Reporter from Appeal Papers

Judgment affirmed, with costs, on opinion of VAN KIRK, J., below.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.

---

SAMUEL W. HOWITT, as Administrator of the Estate of ROSE HOWITT, Deceased, Appellant, *v.* EDWARD G. HOPKINS, Defendant, and BURROUGHS ADDING MACHINE COMPANY, Respondent.

*Master and servant — negligence — motor vehicles — child killed by automobile owned and operated by salesman in employ of agent of defendant on way to demonstrate or sell product of defendant — existence of relation of master and servant.*

*Howitt* v. *Hopkins*, 219 App. Div. 653, affirmed.

(Argued October 21, 1927; decided November 22, 1927.)

APPEAL from a judgment, entered April 15, 1927, upon an order of the Appellate Division of the Supreme Court in the third judicial department, reversing as to the defendant-respondent herein a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendants. Intestate was struck and killed by an automobile owned and operated by a salesman in the employ of an agent of defendant-respondent. At the time of the accident the salesman was on his way to demonstrate or sell a machine manufactured by defendant-respondent. The Appellate Division held that the relation of master and servant did not exist between the salesman and defendant-respondent.

*Walter A. Fullerton* for appellant.
*John F. Lucey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.